UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ALFONSO HOWARD VELAR, | |
| Plaintiff, | Case No. 1:17-cv-00176-WCL-SLC |
| v. | |
| DIRECT ENERGY SERVICES, LLC and AGR GROUP NEVADA, LLC d/b/a EXECUTIVE ENERGY MANAGEMENT, | Honorable Judge William C. Lee |
| Defendants. | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that ALFONSO HOWARD VELAR ("Plaintiff"), hereby notifies the Court that the Plaintiff and Defendant DIRECT ENERGY SERVICES, LLC, INC., only, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 2nd day of January, 2018.

            Respectfully submitted,

            <u>s/ Nathan C. Volheim</u>
            Nathan C. Volheim
            Sulaiman Law Group, Ltd.
            2500 South Highland Avenue,
            Suite 200
            Lombard, IL 60148
            (630) 575-8181
            nvolheim@sulaimanlaw.com
            *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim
Nathan C. Volheim
