UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ALFONSO HOWARD VELAR, | |
| Plaintiff, | Case No. 1:17-cv-00176-WCL-SLC |
| v. | Honorable Judge William C. Lee |
| DIRECT ENERGY SERVICES, LLC and AGR GROUP NEVADA, LLC d/b/a EXECUTIVE ENERGY MANAGEMENT, | |
| Defendants. | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, ALFONSO HOWARD VELAR ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, AGR GROUP NEVADA, LLC d/b/a EXECUTIVE ENERGY MANAGEMENT, only, with prejudice. Each party shall bear its own costs and attorney fees.

Dated: March 14, 2018

Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630)575-8181
Fax: (630)575-8188
nvolheim@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Nathan C. Volheim*
Nathan C. Volheim