## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | |
|---|---|
| ALFONSO HOWARD VELAR, | |
|     Plaintiff, | Case No.  1:17-cv-00176-WCL-SLC |
| v. | Honorable Judge William C. Lee |
| DIRECT ENERGY SERVICES, LLC | |
|     Defendant. | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, ALFONSO HOWARD VELAR, and the Defendant DIRECT ENERGY SERVICES, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice, against DIRECT ENERGY SERVICES, LLC, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: March 26, 2018                                        Respectfully Submitted,

| **ALFONSO HOWARD VELAR** | **DIRECT ENERGY SERVICES, LLC** |
|---|---|
| /s/ Nathan C. Volheim | /s/ William B. Thomas (*with consent*) |
| Nathan C. Volheim | William B. Thomas |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Sulaiman Law Group, LTD | 1001 Fannin Street, Suite 2700 |
| 2500 S. Highland Avenue, Suite 200 | Houston, TX 770022 |
| Lombard, Illinois 60148 | Phone: (713) 337-5580 |
| Phone: (630) 575-8181 | Fax: (713) 337-8850 |
| Fax :(630) 575-8188 | william.thomas@emhllp.com |
| nvolheim@sulaimanlaw.com | |